# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANCY STONER,
        Plaintiff,

vs.

EDMUND MORGAN,
        Defendant.

Case No.: 3:92-CV-644-HDM

ORDER

## ORDER RENEWING JUDGMENT

Plaintiff, Nancy Stoner filed an Affidavit of Renewal and a Certification of Mailing on February 1, 2012. Defendant Edmund Morgan is deceased; no opposition or other response to the Affidavit of Renewal was filed on his behalf.

The Court having considered the entire file, pleadings and exhibits filed therein, and good cause appearing,

IT IS HEREBY ORDERED that the Judgment which was entered in the above-referenced action on July 20, 1995, and subsequently renewed on April 7, 2006, and on which payment was last received by Plaintiff on February 24, 2011, is hereby RENEWED. The unsatisfied principal obligation of said Judgment is $425,000.000 and by its terms it bears interest at the Federal Post-Judgment Interest Rate.

DATED this 27th day of February, 2012.

*Howard D McKibben*
U.S. DISTRICT COURT JUDGE